UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

R.G.                                                                                                    Plaintiff

v.                                                                           Civil Action No. 320CV-211-RGJ

SCHINDLER ELEVATOR                                                                          Defendants
CORPORATION, ET AL.

\* \* \* \* \*

## ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 39], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within sixty (60) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within sixty (50) days from entry of this Order if the settlement is not consummated. All motions are denied as moot and all hearings are remanded from the Court's docket.

Copies to:  Counsel of Record