# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| R.G., BY AND THROUGH HIS PARENT AND NEXT FRIEND, DESTINY ROWAN )<br><br>Plaintiff, )<br><br>v. )<br><br>SCHINDLER ELEVATOR CORPORATION, MSM PROPERTY, LLC, GGP, INC., and BROOKFIELD PROPERTIES RETAIL, INC. )<br><br>Defendants. ) | No.   3:20-cv-00211-RGJ<br><br>Removed from Jefferson Circuit Court, Case No. 20-CI-001301 |

## STIPULATION AND AGREED ORDER OF DISMISSAL

By agreement between Plaintiff R.G., by and through his parent and next friend, Destiny Rowan, and Defendants, Schindler Elevator Corporation, MSM Property, LLC, GGP, Inc., and Brookfield Properties Retail, Inc., and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, that all claims of Plaintiff R.G., by and through his parent and next friend, Destiny Rowan against Defendants, Schindler Elevator Corporation, MSM Property, LLC, GGP, Inc., and Brookfield Properties Retail, Inc., are hereby DISMISSED with prejudice, with each party to bear their own costs. The above-styled action is hereby dismissed and shall be stricken from the court's docket.

December 16, 2021

Rebecca Grady Jennings, District Judge
United States District Court

1

**HAVE SEEN AND AGREED TO:**

Respectfully submitted,


*/s/ Nathaniel T. Fowler*
Nathaniel T. Fowler
nfowler@fbtlaw.com
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Phone: (502) 589-5400
Fax: (502) 581-1087
*Counsel for Defendants*

and

Kevin C. Schiferl
Indiana State Bar No. 14138-49 (*pro hac vice*)
Blake N. Shelby
(Indiana State Bar No. 28064-29 (*pro hac vice*)
kschiferl@fbtlaw.com
bshelby@fbtlaw.com
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN 46244-0961
*Counsel for Defendants*

 */s/ James S. Kaufman w/permission*
Cara W. Stigger
Kerstin Schuhmann
James S. Kaufman
Kaufman & Stigger, PLLC
7513 New LaGrange Road
Louisville, KY 40222
cstigger@kstrial.com
kschuhmann@kstrial.com
jkaufman@kstrial.com
*Counsel for Plaintiff*



**COPIES TO:**

ALL COUNSEL OF RECORD


0000HSO.0730072  4889-0585-4214v1